IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LORETTA SHEPARD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-442 (MTT) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 16). The Magistrate Judge recommends remanding the Plaintiff's case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) because the Administrative Law Judge failed to address important medical findings. Neither party has filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the case is **REMANDED** for further proceedings.

**SO ORDERED**, this 3rd day of March, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

Case 5:13-cv-00442-MTT-CHW   Document 18   Filed 03/03/15   Page 2 of 2